IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BETTY JOYCE DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. NO. C-05-540 |
| | § | |
| GN OLDCO CORPORATION and | § | |
| N.V.E., Inc., | § | |
| | § | |
| Defendants. | § | |

**TRANSFER ORDER**

On this day the Court conducted an initial pretrial conference in the above-styled action. At the conference, the parties agreed that the case should be transferred to the United States District Court for the District of New Jersey. Therefore, the Clerk is hereby ORDERED to transfer the above-styled action pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the District of New Jersey.

SIGNED and ENTERED this 20th day of December, 2005.

_____
Janis Graham Jack
United States District Judge